C. Christine Burns #017108
Benjamin Naylor #023968
**BURNSBARTON LLP**
45 West Jefferson, 11th Floor
Phoenix, AZ 85003
Phone: (602) 753-4500
christine@burnsbarton.com
ben@burnsbarton.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DANIELLE BEHAN,<br><br>Plaintiff,<br><br>vs.<br><br>LOLO'S INC., an Arizona corporation,<br><br>Defendant. | No. Case **<br><br><br>**NOTICE OF REMOVAL** |

Defendant Lo-Lo's Inc., an Arizona corporation, by and through undersigned counsel, hereby gives notice of the removal of the above-entitled civil action from the Superior Court of the State of Arizona, in and for the County of Maricopa, to the United States District Court for the District of Arizona, based upon the following facts:

1.     Defendant is named in the above-entitled civil action, which has been commenced and is pending in the Superior Court of the State of Arizona, in and for the County of Maricopa.

2.     Defendant was served with the Summons, Verified Complaint[1] and Certificate Regarding Arbitration on June 10, 2017.  Copies of these documents are attached as Exhibit A.  Upon information and belief, no other process, pleadings, or orders have been served in the state court action.

3.     This is a civil action arising under the Constitution and laws of the United States in that the Complaint alleges, *inter alia*, that Defendant violated Plaintiff's rights

---

[1] While the caption identified it as a "Verified Complaint," Plaintiff did not verify the complaint.

under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., and discriminated and retaliated against her in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq. *See* Verified Complaint ¶¶ 20-37. Under those circumstances, this Court has original jurisdiction over this action under 28 U.S.C. § 1331, and this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

4.    Plaintiff brings her claims of alleged discrimination and retaliation under both Title VII and Arizona state law, A.R.S. § 41-1461-1468, § 41-1481-1485 and § 23-1501. See Verified Complaint ¶¶ 38-50. This Court has supplemental jurisdiction over Plaintiff's state law claims, as such claims are related to Plaintiff's Title VII claims and are part of the same case or controversy, as required by 28 U.S.C. § 1367.

5.    In accord with 28 U.S.C. § 1446, Defendant is filing this Notice of Removal within 30 days after service of the Verified Complaint in the state court action.

6.    In accord with 28 U.S.C. § 1446(d) and LRCiv 3.6, Defendant is filing a copy of this notice with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

WHEREFORE, Defendant respectfully requests that the above-entitled action now pending in the Superior Court of the State of Arizona, in and for the County of Maricopa, be removed therefrom to this Court, and that further proceedings in this action be conducted in this Court as provided by law.

RESPECTFULLY SUBMITTED this 30th day of June, 2017.

**BURNSBARTON LLP**

By    */s/ C. Christine Burns*
       C. Christine Burns
       Benjamin J. Naylor

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kimberly A. Eckert
Law Offices of Kimberly A. Eckert
625 W. Southern Avenue, Ste. E-123
Mesa AZ 85210
keckert@arizlaw.biz
Attorney for Plaintiff

*s/ Carolyn Galbreath*